IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 12-07559-ESL |
| HECTOR LUIS MALDONADO CANDELARIA | CHAPTER 13 |
| Debtor(s) | |
| HECTOR LUIS MALDONADO CANDELARIA<br>Plaintiff(s) | ADV.PROC.NO. 12-00413 |
| Vs. | |
| BANCO BILBAO VIZCAYA ARGENTARIA (BBVA)<br>Defendant(s) | |

## SUMMONS

To the above named defendant(s): **ANGEL M. VAZQUEZ BAUZA, ESQ. ENR & ASSOCIATES COUNSEL FOR BBVA, PO BOX 191017 SAN JUAN PR 00919.**

You are hereby summoned and required to serve upon **Roberto Figueroa Carrasquillo, Esq.** plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is **PO Box 0186 Caguas PR 00726-0186,** either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve and answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons by the clerk (or by the following date prescribed by the Court _____, except that the United States or an office or agency thereof shall serve an answer to the complaint within thirty five (35) days after the date of issuance of the summons.

If this summons and complaint is served in a foreign country or by publication your answer must served by the following date prescribed by the Court: _____.

Your motion or answer served by you must be filed with this Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of Bankruptcy Court

Intake Deputy Clerk

DATE OF ISSUANCE: DEC -6 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 12-07559-ESL |
| HECTOR LUIS MALDONADO CANDELARIA | CHAPTER 13 |
| Debtor(s) | |
| HECTOR LUIS MALDONADO CANDELARIA Plaintiff(s) | ADV.PROC.NO. 12-00413 |
| Vs. | |
| BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) Defendant(s) | |

## SUMMONS

To the above named defendant(s): **Alejandro Oliveras Rivera, Chapter 13 Trustee, PO BOX 9024062 SAN JUAN PR 00902-4062.**

You are hereby summoned and required to serve upon **Roberto Figueroa Carrasquillo, Esq.** plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is **PO Box 0186 Caguas PR 00726-0186,** either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve and answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons by the clerk (or by the following date prescribed by the Court _____, except that the United States or an office or agency thereof shall serve an answer to the complaint within thirty five (35) days after the date of issuance of the summons.

If this summons and complaint is served in a foreign country or by publication your answer must served by the following date prescribed by the Court:_____.

Your motion or answer served by you must be filed with this Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
Clerk of Bankruptcy Court

Intake Deputy Clerk

DATE OF ISSUANCE: DEC -6 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 12-07559-ESL |
| HECTOR LUIS MALDONADO CANDELARIA | CHAPTER 13 |
| Debtor(s) | |
| HECTOR LUIS MALDONADO CANDELARIA<br>Plaintiff(s) | ADV.PROC.NO. *12-00413* |
| Vs. | |
| BANCO BILBAO VIZCAYA ARGENTARIA (BBVA)<br>Defendant(s) | |

## SUMMONS

To the above named defendant(s): **BBVA, C/O RAFAEL VARELA, President, PO BOX 364745 SAN JUAN PR 00936-4745.**

You are hereby summoned and required to serve upon **Roberto Figueroa Carrasquillo, Esq.** plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is **PO Box 0186 Caguas PR 00726-0186**, either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve and answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons by the clerk (or by the following date prescribed by the Court _____, except that the United States or an office or agency thereof shall serve an answer to the complaint within thirty five (35) days after the date of issuance of the summons.

If this summons and complaint is served in a foreign country or by publication your answer must served by the following date prescribed by the Court:_____.

Your motion or answer served by you must be filed with this Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of Bankruptcy Court

Intake Deputy Clerk

DATE OF ISSUANCE: DEC - 6 2012